**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALISHER SMANOV, | : | |
| | : | |
| *Petitioner,* | : | |
| | : | Civil Action No. 26-211-JFL |
| v. | : | |
| | : | |
| MICHAEL T. ROSE, et al., | : | |
| | : | |
| *Respondents.* | : | |

**JOINT STIPULATION REGARDING THE GOVERNMENT'S RESPONSE TO**
**PETITIONER'S FEBRUARY 9, 2026 STATUS REPORT**

All parties, through their undersigned counsel, jointly stipulate as follows:

1.　Petitioner filed a petition for writ of habeas corpus (ECF No. 1) challenging the authority of the U.S. Secretary of the Department of Homeland Security to detain him under 8 U.S.C. § 1225(b)(2).

2.　On February 2, 2026, the Court granted the petition, in part, and ordered that, "[w]ithin seven (7) days of the date of this Order, the Government SHALL provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a)." ECF. No. 9.

3.　A bond hearing was conducted on February 7, 2026.

4.　On February 9, 2026, Petitioner filed a status report (ECF No. 10), objecting to the adequacy of the bond hearing.

5.　Undersigned counsel for Respondents is in the process of obtaining an audio recording of the bond hearing and generating an unofficial transcript of the proceeding, which will then need to be reviewed for accuracy.

6.     Accordingly, the parties stipulate that Respondents shall file a response to Petitioner's February 9 status report on or before February 19, 2026.

Respectfully submitted,

PALLADINO, ISBELL & CASAZZA, LLC          DAVID METCALF
                                          United States Attorney


*/s/Adam Boyd*                            */s/ David A. Degnan*
ADAM BOYD, ESQ.                           DAVID A. DEGNAN
1528 Walnut St, Suite 1701               Assistant United States Attorney
Philadelphia, PA 19102                    Eastern District of Pennsylvania
Phone: 215-576-9000                       615 Chestnut Street, Suite 1250
adam@piclaw.com                           Philadelphia, PA 19106
                                          Phone: 215-861-8522
*Counsel for Petitioner*                  david.degnan@usdoj.gov

                                          *Counsel for Respondents*


APPROVED AND SO ORDERED THIS 13th DAY OF __February_____, 2026.


BY THE COURT:


/s/ Joseph F. Leeson, Jr.
_____
JOSEPH F. LEESON, JR.
United States District Court Judge